SH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 12 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**20-cv-06723**
**Judge Virginia M. Kendall**
**Magistrate Judge Maria Valdez**

WILLIE HILL

plaintiff

Vs

CITY OF CHICAGO in its individual
Capacity and official capacity
CHICAGO POLICE DEPARTMENT in its
Individual capacity and official capacity
OFFICER TAYLOR , D.J ( PCOAY64 ) in his individual
Capacity and official capacity; ZEMAN , E.T (PCOBC20) in his individual capacity and official
capacity

Defendants

42 U.S.C 1983 CIVIL SUIT

The Plaintiff, Willie Hill bring this civil suit under 42 U.S.C section 1983 against the above
parties for violation his rights under improper search and seizure
And for false arrest and illegal detainment .

JURISDICTION

JURISDICTION is proper pursuant 28 U.S.C 1331 & 1334

VENUE

VENUE is proper pursuant 28 U.S.C ss 1391

PLAINTIFF

Willie Hill physical address is 2445 E. 107th street Chicago, Illinois 60617

DEFENDANTS

The city of Chicago can be served at

The Chicago police department can be served at 35th and Michigan Ave Chicago Illinois ,60606

Officer Taylor, D. J  can be served at 35th Michigan ave
Chicago Illinois, 60606

Officer ZEMAN , ET can be served at 35th Michigan ave Chicago Illinois 60606

STATEMENT OF THE CASE

The plaintiff Willie Hill brought this civil suit against the above parties because my rights were violated by the Chicago police officer named in this suit whose names are officer Taylor D.J and officer ZEMAN E.T.

The plaintiff was walking down the street minding his business at the physical locations 200 N. Hamlin Blvd. Chicago, Illinois and saw the officers and he continued to walk, and had not violated any law or ordinance of the city of Chicago.

The officer stops and starts talking to the plaintiff, and the plaintiff converse back with them, and at this time the plaintiff asks the police if he was under arrest because the officers were using harassing tactics to detain the plaintiff with questions.

The police said " what are you a lawyer or something, because you are defending yourself".

The plaintiff states he knows his Bill of rights and it feels like I'm being detained and officer Taylor said you are being detained now, and jumped out the truck and asked for my identification.

The plaintiff states he asked again what laws had been broken and the officer didn't answer , and threw me in the car, and began searching my person without probable cause.

At this time the officers ran my name, and no warrant came back, and at this time they went into my book bag, and allegedly found a handgun.

The plaintiff states he informed the officers that the gun wasn't his, and he didn't have a gun.

The officer said your smart mouth got you in trouble , and the officer ZEMAN said " who you think they are going to believe you NIGGER or us".

The plaintiff then was placed in the car, and taken to the police department and fingerprinted by the booking officer.

The plaintiff states he hadn't committed a crime or violated no laws of the state of Illinois and this incident happen because racial profiling within the African American community.

Even in the police report the officers admitted that this happened in the same manner. Attached is the copy of the following see exhibit "A"

These. event happen around the month of September 4, 2020

### RELIEF SOUGHT

1. Plaintiff seek compensatory damages in the amount of $ 1 million dollar per defendants
2. Plaintiff seeks punitive damages in the amount of $1million dollars per defendants
3. Plaintiff seeks a injunction relief
4. Plaintiff request an attorney under the trial bar obligation
5. Any other relief this court deems fair

Respectfully submitted

11/12/2020