**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Willie Hill
                Plaintiff,

v.                                      Case No.: 1:20−cv−06723
                                      Honorable Andrea R. Wood

D.J. Taylor, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: The Court recruits attorney Matthew C. Crowl, from the law firm Riley Safer Holmes & Cancila LLP, 1 South Dearborn Street, Suite 2200, Chicago, IL 60603, (312) 471−8720, mcrowl@rshc−law.com, to represent Plaintiff in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11(h) and 83.37. Counsel shall file an appearance by no later than 11/8/2024, establish contact with Plaintiff, and appear at the next telephonic status hearing set for 11/13/2024 at 9:15 AM. The Court notifies Plaintiff's counsel that pro bono litigation resources are available on the District's website at http://www.ilnd.uscourts.gov, by clicking on the link to Resources for Pro Bono Attorneys in the Trial Bar. Another resource is an attorney with the Uptown People's Law Center, Mr. Alan Mills, who may be reached at alan@uplcchicago.org. In addition, counsel should review Local Rule 54.1 for the rules addressing the taxation of costs and the limits established by the Judicial Conference of the United States and/or published rates on the Court's website. The Clerk's Office is directed to send a copy of this order to Plaintiff, recruited counsel, and to the PACER Service Center and the Systems Department. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.